BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
ALEX JONES #213898
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us
         Alex.Jones@doj.state.or.us

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TOTAL REAL ESTATE GROUP, LLC, an Oregon limited liability company,<br><br>       Plaintiff,<br><br>   v.<br><br>STEVE STRODE, in his official capacity as the Oregon Real Estate Commissioner; ELLEN ROSENBLUM, in her official capacity as Attorney General for the State of Oregon's Department of Justice,<br><br>       Defendants. | Case No.  3:21-cv-01677-AC<br><br>UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for all parties conferred on this motion today by phone, and Plaintiff Total Real

Estate Group, LLC does <u>not</u> oppose this motion.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**MOTION**

Defendants move for an extension of time to respond to Plaintiff's motion for a
preliminary injunction (ECF 3) to December 17, 2021. No other changes to the discovery and
pretrial scheduling order (ECF 7) are required or requested as a result of this motion.

DATED November __24__, 2021.

Respectfully submitted,

OREGON DEPARTMENT OF JUSTICE

___*s/ Brian Simmonds Marshall*___
BRIAN SIMMONDS MARSHALL #196129
Senior Assistant Attorney General
ALEX JONES #213898
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Brian.S.Marshall@doj.state.or.us
Alex.Jones@doj.state.or.us
Of Attorneys for Defendants

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000