Christina M. Martin, OSB #084117
CMartin@pacificlegal.org
Lead Counsel
Pacific Legal Foundation
4440 PGA Blvd. #307
Palm Beach Gardens, Florida 33410-6541
(509) 480-9709

Daniel M. Ortner, Cal. SB #329866*
DOrtner@pacificlegal.org
Ethan W. Blevins, Wash. SB #48219*
EBlevins@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814-4605
(916) 419-7111

Attorneys for Plaintiff
* Pro Hac Vice

ELLEN F. ROSENBLUM
Attorney General
BRIAN SIMMONDS MARSHALL
#196129
Senior Assistant Attorney General
ALEX JONES #213898
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Brian.S.Marshall@doj.state.or.us
              Alex.Jones@doj.state.or.us

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TOTAL REAL ESTATE GROUP, LLC, an Oregon limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVE STRODE, in his official capacity as the Oregon Real Estate Commissioner; ELLEN ROSENBLUM, in her official capacity as Attorney General for the State of Oregon's Department of Justice<br><br>    Defendant. | Case No.  3:21-cv-01677-HZ<br><br>**CONSENT DECREE** |

## BACKGROUND

1.  The Plaintiff, Total Real Estate Group, LLC ("Plaintiff"), an Oregon limited liability company, filed a complaint against Defendant Steve Strode ("Defendant") in his official capacity as the Oregon Real Estate Commissioner. The Complaint alleges that Oregon Revised Statutes section 696.805(7), which requires "a seller's agent" to "reject any communication other than customary documents in a real estate transaction, including photographs, provided by a buyer," is facially unconstitutional under the First Amendment to the United States Constitution and seeks to enjoin Defendant from enforcing section 696.805(7).

2.  On March 3, 2022, this Court granted Plaintiff's request for a preliminary injunction, ruling that Plaintiff was likely to succeed on the merits of its challenge.

3.  This Consent Decree is intended to constitute a complete and final settlement of Plaintiff's claims. This Consent Decree is in the public interest and entry of this Consent Decree as an Order of the Court is the most appropriate means of resolving Plaintiff's claims.

## CONSENT DECREE

THEREFORE, without further adjudication of any issue of fact or law, and upon consent of the parties hereto, the Parties hereby agree as follows:

1.  Oregon Revised Statutes section 696.805(7), which requires "a seller's agent" to "reject any communication other than customary documents in a real estate transaction, including photographs, provided by a buyer," violates the First Amendment to the United States Constitution.

2.  Oregon Real Estate Commissioner Steve Strode and his successors shall not enforce Oregon Revised Statute section 696.805(7).

3. The Oregon Real Estate Commissioner must provide notice to the public on the Oregon Real Estate Agency's website and in the next edition of the Oregon Real Estate News-Journal of the consent decree entered in this case and that the Agency will not enforce Oregon Revised Statutes section 696.805(7), what is commonly known as the "love letters" bill. Notice in substantially similar form to the Agency's public notice of the Court's preliminary injunction order complies with this requirement:

> US DISTRICT COURT STOPS ENFORCEMENT OF 'LOVE LETTER LAW'
> In 2021, the Oregon legislature enacted HB 2550, known as the "love letter" law. On March 3, 2022, the U.S. District Court for the District of Oregon issued a preliminary injunction enjoining enforcement of the law. On May 11, 2022, the Court approved a consent decree which permanently prohibits enforcement of the law. In accord with the terms of the consent decree, the Oregon Real Estate Agency will not enforce HB 2550, codified at ORS 696.805(7).

The Commissioner must maintain this notice on its website for one year from the entry of this judgment, after which time the Agency is no longer required to post the notice on its website.

4. Defendant agrees to pay Plaintiff attorney's fees of $56,890.94 and costs of $7,178.21. Defendant's payment of this award satisfies the costs and attorney's fees in this case, and neither Plaintiff nor its counsel may seek or recover any additional amounts for costs or attorney's fees related to this litigation.

5. The Parties will jointly submit this Proposed Consent Decree for the Court's approval and it will become an Order of the Court on the date it is approved.

DATED May  6 , 2022.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| Total Real Estate Group, LLC | |
| By:  *s/Christopher Ambrose*<br>Christopher Ambrose<br>Its:  General Counsel | *s/Steve Strode*<br>Steve Strode<br>Commissioner<br>Oregon Real Estate Agency |
| Approved as to form: | Approved as to form: |
| *s/Daniel M. Ortner*<br>DANIEL M. ORTNER, Cal. Bar No. 329866*<br>E-Mail: dortner@pacificlegal.org<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1250<br>Sacramento, California 95814<br>Telephone: (916) 419-7111<br>Facsimile: (916) 419-7747 | ELLEN F. ROSENBLUM<br>Attorney General<br><br>*s/Brian Simmonds Marshall*<br>BRIAN SIMMONDS MARSHALL #196129<br>Senior Assistant Attorney General<br>ALEX JONES #213898<br>Assistant Attorney General<br>Trial Attorneys<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Brian.S.Marshall@doj.state.or.us<br>Alex.Jones@doj.state.or.us |
| Christina M. Martin, OSB #084117<br>CMartin@pacificlegal.org<br>Pacific Legal Foundation<br>4440 PGA Blvd. #307<br>Palm Beach Gardens, Florida 33410-6541<br>(509) 480-9709 | Attorneys for Defendant |
| Ethan W. Blevins, Wash. SB #48219*<br>EBlevins@pacificlegal.org<br>Pacific Legal Foundation<br>555 Capitol Mall, Suite 1290<br>Sacramento, California 95814-4605<br>(916) 419-7111 | |
| Attorneys for Plaintiff<br> * Pro Hac Vice | |

**IT IS SO ORDERED.**

Dated: __May 11, 2022__

_____
Hon. Marco A. Hernández
Chief United States District Judge

Page 4 – CONSENT DECREE